

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-09-00396-CR

ROBERTO AGUILAR                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. *See* Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 22, 2010

---

[1]*See* Tex. R. App. P. 47.4.